UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JERRY MEANS,

    Plaintiff,

v.                                                                   Case No. 09-C-810

RONALD BENISCH, et al.,

    Defendants.

**ORDER**

      Plaintiff Means, who is proceeding pro se, lodged a civil rights complaint under 42 U.S.C. § 1983, alleging that his civil rights were violated. This is the fifth lawsuit Plaintiff has filed since the end of June. In Case No. 09-C-766, I dismissed the case and entered a third "strike" pursuant to 28 U.S.C. § 1915(g). This means that Plaintiff must pay the entire filing fee before his case will be considered. Accordingly, Plaintiff is ordered to pay the $350.000 filing fee to the clerk of court within 21 days, or else his case will be summarily dismissed.

      **SO ORDERED** this   24th   day of August, 2009.

                                                                   s/ William C. Griesbach
                                                                   William C. Griesbach
                                                                   United States District Judge