# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JERRY MEANS,

        Plaintiff,

    v.                                 Case No. 09-C-810, 815, 831

RONALD BENISCH, et al.,

        Defendants.

---

## ORDER

---

      Plaintiff Means has three pending actions in this Court. In each action, he was ordered to pay the entire filing fee or else face dismissal, a situation resulting from his swift accumulation of three "strikes". He has not paid the fees. Instead, he avers that this Court was deprived of the "evidence" he sent along with his complaints and argues that had the Court considered that evidence it would not have dismissed his other cases. That is not true: in each of his cases this Court has received and considered numerous filings in addition to the complaints. Accordingly, the three above-captioned cases are **DISMISSED** for failure to pay the required filing fee.

      **SO ORDERED** this   28th   day of September, 2009.

                                 s/ William C. Griesbach
                                 William C. Griesbach
                                 United States District Judge